**FILED**

2018 OCT -4   AM 11: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:18-cr- 46-0c-27PRL

18 U.S.C. § 876(c

JERRY NELSON STINCHCOMB

### INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about May 30, 2018, and on or about May 31, 2018, in the Middle District of Florida,

JERRY NELSON STINCHCOMB,

the defendant herein, did knowingly use the United States mail to send a true threat, to wit, a paper with the word ANTHRAX written on it, placed inside an envelope containing a white powdery substance, which was addressed to the Lake County Sheriff's Office, and did so with the intent to communicate a

1

true threat, or with the knowledge that it would be viewed as a true threat.

In violation of 18 U.S.C. § 876(c).

                                      MARIA CHAPA LOPEZ
                                      United States Attorney

By: _____
      Dale R. Campion
      Assistant United States Attorney

By: _____
      Robert E. Bodnar, Jr.
      Assistant United States Attorney
      Chief, Ocala Division